FILED

04/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0229

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0229

_____

STATE OF MONTANA,

     Appellee and Plaintiff.

    v.                            O R D E R

RUSTY DALE O'CONNELL,

     Appellant and Defendant,

_____

Trial counsel for Appellant Rusty Dale O'Connell has moved to withdraw as counsel and for appointment of counsel from the Appellate Defender Division of the Office of Public Defender.

With good cause appearing,

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is appointed to represent O'Connell and shall have 30 days from the date of this Order within which to file either a Notice of Appearance or motion to rescind this Order appointing counsel. In the event Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2024